UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| JERRY LEE JOHNSTON, JR., | ) | |
| Plaintiff, | ) | 2:09-CV-01965-PMP-LRL |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the Report and Recommendation (Doc. #3) entered April 19, 2011 by the Honorable Lawrence R. Leavitt, United States Magistrate Judge is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED** without prejudice.

DATED: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge